JJ., concur; Lazansky, P. J., dissents, being of opinion that the determination of the referee is against the weight of the evidence.

ROWLAND STORY, Respondent, v. H. W. PALEN's SONS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

VAN EVELYN CORPORATION, Respondent, v. BLANCHE LE VIEN GARCIA and CARLOS GARCIA, Appellants.— Judgment modified by reducing it in the sum of $1,142.49, and as so modified unanimously affirmed, with costs to appellants. Appellants are entitled to credit for (1) the cost of strengthening the joists under the partitions and where new loads occurred, in the sum of $832.49; (2) the cost of stucco wash on the exterior of the building, in the sum of $175; (3) the item allowed to respondent as an extra for the stucco wash on the exterior of the building, hereby disallowed, $135. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

VILLAGE OF FREEPORT, Respondent, v. NATIONAL SURETY COMPANY, Respondent. SPENCER, WHITE & PRENTIS, INC., Appellant; RIVERDALE CONSTRUCTION CO., INC., AMATO & MCCARRON, INC., and NEWARK CONCRETE PIPE COMPANY, Defendants. SPENCER, WHITE & PRENTIS, INC., Plaintiff, v. NATIONAL SURETY COMPANY, Defendant. NEWARK CONCRETE PIPE COMPANY, Plaintiff, v. NATIONAL SURETY COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements to each respondent. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

JAMES WARREN, Respondent, v. THOMAS LONDOS, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

SAM ZARET and MILTON ISTRICK, Respondents, v. CAUSEWAY REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P.J., Rich, Young, Hagarty and Scudder, JJ.

SAM ZARET and MILTON ISTRICK, Respondents, v. CAUSEWAY REALTY CORPORATION, Appellant.— Order denying motion for a new trial on the ground of newly discovered evidence unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

MILTON H. ANSORGE and ANISDALE CORPORATION, Appellants, v. FINANCE AND ADVANCING CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HERBERT BOND, Respondent, v. A. SCOTTI, INC., Appellant.— Motion for stay of examination before trial granted upon condition that appellant perfect the appeal for April 12, 1929 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BROADSUM REALTY COMPANY, INC., Respondent, v. LASALLE FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

REGINALD A. CLARKE, Appellant, v. SELBEN APARTMENTS, INC., and Others, Defendants, CITY IRON WORKS, INC., and Others, Respondents, and KEYSTONE ASSOCIATES, INC., Appellant.— Motion for reargument denied, with ten dollars